Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983
(Prisoners Complaint Form)

*FILED OCT 30 2014 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY*

### 1. CAPTION OF ACTION

*Amended Complaint Case 1:14-CV-00280-RJA*

A. **Full Name And Prisoner Number of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Romero Anderson #06A0077
2. FiLeD APR 17, 2014

VS

B. **Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed. R. Civ. P. 10(a), the names of all past names appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. T. Tamer SgT.    4. _____
2. _____           5. _____
3. _____           6. _____

### 2. STATE OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. §1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §1331, 1343(3) and (4), and 2201.

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Romero Anderson #06A0077
Present Place of Confinement Address: Clinton Correctional facility
Name and Prisoner Number of Plaintiff: P.O. Box 2001 Dannemora 12929
Present Place of Confinement Address: _____

**DEFENDANT'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of Defendant: __T. Tamer__

(If applicable) Official Position of Defendant: __Sgt__

(If applicable) Defendant is Sued in __X__ Individual and/or ____ Official Capacity

Address of Defendant: __Clinton Corr facility P.O. Box 2001 Dannemora 12929__

Name of Defendant: _____

(If applicable) Official Position of Defendant: _____

(If applicable) Defendant is Sued in ____ Individual and/or ____ Official Capacity

Address of Defendant: _____

Name of Defendant: _____

(If applicable) Official Position of Defendant: _____

(If applicable) Defendant is Sued in ____ Individual and/or ____ Official Capacity

Address of Defendant: _____

## 4. PREVIOUS LAWSUIT IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
    Yes _____  No __X__

If Yes, complete the next section: NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:
   Plaintiff(s): _____
   Defendant(s): _____
2. Court (If federal court, name the district; if state name the county): _____
3. Docket Number: _____
4. Name of Judge to whom case was assigned: _____

5. The approximate date the action was filed: _____

6. What was the Disposition of the case?
   Is it still pending? Yes _X_ No _____
   If not, give the approximate date it was resolved: _____
   Disposition (check the statement which apply):
   Dismissed (check the box which indicates why it was dismissed):
   ___ By court *sus sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
   ___ By court for failure to exhaust administrative remedies;
   ___ By court due to your voluntary withdrawal of claim;
   Judgment upon motion or after trial entered for
   ___ plaintiff
   ___ defendant.

B   Have you begun **any other lawsuits** in **federal court** which **relates to your imprisonment?**
    Yes _X_ No ___

If Yes, complete the next section: NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:
   Plaintiff(s): _____
   Defendant(s): _____
2. District Court: _____
3. Docket Number: _____
4. Name of Judge to whom case was assigned: _____
5. The approximate date the action was filed: _____
6. What was the disposition of the case? _____
   Is it still pending? Yes ___ No ___
   If not, give the approximate date it was resolved: _____

A. **FIRST CLAIM:** On (date of incident) On 6-9-12 Clinton C.f. Yard
defendant (give the **name and position held** of **each defendant** involved in this incident) I was
waiting for the early go back from the yard
Sgt and Co's employees fail to Protect me in
Did the following to me (briefly state what each defendant named above did): Yard from getting
Cut on my right side of my face. I was put in
I.P.C. e-block 4 Company #12 Cell. → involed in this
incident Sgt T. Tamer On 7-7-12 I had got Assaulted
by Sgt T. Tamer and Co's from E-block Company.
They beat me up and send me to Champlain
Physicians Hospital. On 7to3 Shift and stolen my
Personal Property from my cell E-block 4 Company #12

The constitutional basis for this claim under 42 U.S.C. §1983 is: Sgt Tamer. T. Fail to
follow all facility regulations by protect my

The relief I am seeking for this claim is (briefly state the relief sought): Personal Property
they stolen my Property out my Cell #e-4-12
I never got no infraction for my property.

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ____ Yes X No If yes, what was the result? I Spend Seven
Hundred Dollars. in 2012 at one time.
Did you appeal that decision? ____ Yes X No If yes, what was the result? at Clinton C.f.

*Attach copies of any decision that indicates that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

B. **SECOND CLAIM:** On (date of incident) _____
defendant (give the **name and position held** of **each defendant** involved in this incident) _____

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.: from Chemung CounTy
COUNTY OF SULLIVAN  )

I, Romero Anderson #06A0077, being duly sworn, deposes and says, that I am the Petitioner herein, and that on the date of notarization indicated below, I have placed in a sealed, post-paid, wrapper a true and exact copy of the enclosed papers, Identified as:

_____

_____, and Affidavit of

Service, by placing same in U.S. Mailbox in Sullivan Correctional Facility for delivery to the United States Postal Service, and that such parcels were addressed to the parties indicated below:

Respectfully submitted,

Romero Anderson

Sullivan Correctional Facility
P.O. Box – 116
Fallsburg, N.Y. 12733-0116

Sworn to before me this

22 day of October, 20 14

NOTARY - PUBLIC
CHRISTOPHER A. KARSON
Notary Public, State of New York
Ulster County, NYS Reg. # 01KA6024889
Commission Expires May 17, 2015

# VERIFICATION

STATE OF NEW YORK )
) ss.:
COUNTY OF SULLIVAN )

I, Romero Anderson, being duly sworn, deposes and say's:

I am the Petitioner in this action. I have read, and I am familiar with, the contents of the foregoing _____

_____

and the contents thereof is true to my own knowledge, except as to matters stated on information and belief and as to those matters I believe them to be true.

Dated: Oct 19, 2014

Respectfully Submitted,

Romero Anderson
Sullivan Correctional Facility
325 Riverside Drive
P.O. Box – 116
Fallsburg, N.Y. 12733-0116

Sworn to before me this

____ day of October, 2014

_____
NOTARY PUBLIC

CHRISTOPHER A. KARSON
Notary Public, State of New York
Ulster County, NYS Reg. # 01KA6024859
Commission Expires May 17, 2014